# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### DOCKET NO: 3:19-CR-00150-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| SARA BROOKE NORMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#16). The Government requests dismissal in the above-captioned matter because Defendant pleaded guilty in a related matter. See United States v. Norman, No. 3:19-CR-326. Finding good cause for dismissal, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#16), is **GRANTED**, and the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJDUICE** as to Defendant.

Signed: January 17, 2020

Max O. Cogburn Jr
United States District Judge